[No. 13609–1–II.   Division Two.   August 16, 1990.]

ROBERT E. BROWN, *Appellant*, v. THE CITY
OF MONTESANO, *Respondent.*

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. 88-2-00551-2, David E. Foscue, J., entered April 17, 1989. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.